```
 1  MICHELLE BETANCOURT
    California State Bar No. 215035
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone: (619) 234-8467 Ext. 3737
 4  Facsimile:  (619) 687-2666
    michelle_betancourt@fd.org
 5
 6  Attorneys for Mr. Martinez-Aguilar
 7
```

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj8504 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **ANTONIO JOSE MARTINEZ-AGUILAR,** | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

Respectfully submitted,

Dated: June 10, 2008

s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
michelle_betancourt@fd.org

1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Martinez-Aguilar

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj8504 |
| 12     Plaintiff, | ) ) | |
| 13 v. | ) ) | PROOF OF SERVICE |
| 14 **ANTONIO JOSE MARTINEZ-AGUILAR**, | ) ) | |
| 15     Defendant. | ) ) | |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the
18 best of her information and belief, and that a copy of the foregoing document has been served via
19 CM/ECF this day upon:

20     Assistant United States Attorney
    efile.dkt.gc1@usdoj.gov
21

22 Dated: June 10, 2008                         *s/ Michelle Betancourt*
                                            MICHELLE BETANCOURT
23                                          Federal Defenders of San Diego, Inc.,
                                            225 Broadway, Suite 900
24                                          San Diego, CA 92101-5030
                                            (619) 234-8467 (tel)
25                                          (619) 687-2666 (fax)
                                            e-mail: michelle_betancourt@fd.org
26

27

28