UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. _08CR2082-JLS_ |
| | ) | ORDER _08mj8504_ |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Antonio Jose Martinez-Aguilar | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,    **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:    (Bond Posted / Case Disposed / Order of Court).

Noe Resendiz-Garcia
064.17-298
(PREV. FL BOND 6/17/08)

DATED: ___6/19/08___

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
DUSM

W. SAMUEL HAMRICK, JR.    Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082