UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 19 P 1: 29

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> Antonio Jose Martinez-Aguilar ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR2082-JLS <br> ORDER 08mj8504 <br> <br> RELEASING MATERIAL WITNESS <br> <br> Booking No. 885 872 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

Erika Resendiz-Resendiz
06418-298
@ ICJ

DATED: 6/19/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                        DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _F. Flores_
          Deputy Clerk